# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 4:01cr14-RH/WCS

ALFRED FOOTMAN,

      Defendant.

_____/

## ORDER DENYING CERTIFICATE OF APPEALABILITY

After defendant's conviction and sentence in this court were affirmed on appeal, he filed a motion for relief under 28 U.S.C. § 2255. This court denied the motion. Petitioner then filed a number of motions in an attempt to have this court reconsider its ruling. Each time, the motion was denied. Petitioner now has filed a notice of appeal and an application for a certificate of appealability.

Unless a certificate of appealability is issued, petitioner may not appeal. *See* 28 U.S.C. §2253(c)(1). A certificate of appealability may be issued only if petitioner "has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). *See Miller-El v. Cockrell,* 123 S. Ct. 1029, 1039-40 (2003) (explaining meaning of this term); *Slack v. McDaniel*, 529 U.S. 473, 483-84, 120 S. Ct. 1595, 146 L. Ed. 2d 542 (2000) (same); *Barefoot v. Estelle*, 463 U.S.

880, 893 n.4, 103 S. Ct. 3383, 77 L. Ed. 2d 1090 (1983); *see also Williams v. Taylor*, 529 U.S. 362, 402-13, 120 S. Ct. 1495, 146 L. Ed. 2d 389 (2000) (setting forth standards applicable to §2254 petitions on the merits).  As the Court said in *Slack*:

> To obtain a COA under § 2253(c), a habeas prisoner must make a substantial showing of the denial of a constitutional right, a demonstration that, under *Barefoot*, includes showing that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were "'adequate to deserve encouragement to proceed further.'"

*Slack*, 529 U.S. at 483-84, *quoting Barefoot*, 463 U.S. at 893 n.4.  Further, in order to obtain a certificate of appealability when dismissal is based on procedural grounds, a petitioner must show, "at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling."  *Slack*, 529 U.S. at 484.

In the case at bar, for the reasons set forth in the final order (documents 76 and 82), petitioner has failed to make the required showing.  A certificate of appealability therefore will not be issued.

Because petitioner has not obtained a certificate of appealability, I find that continued pursuit of the appeal will not be undertaken in good faith.  I hereby

certify pursuant to Federal Rule of Appellate Procedure 24(a) that petitioner's appeal is not taken in good faith.

For these reasons,

IT IS ORDERED:

Petitioner's application for a certificate of appealability (documents 86 and 87) is DENIED.

SO ORDERED this 8th day of December, 2005.

s/Robert L. Hinkle<br>Chief United States District Judge

*Case No: 4:01cr14-RH/WCS*