**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA,

v.                                                          CASE NO.  4:01cr14-RH/WCS

ALFRED FOOTMAN,

       Defendant.

_____/

**ORDER DISMISSING RULE 60(b) MOTION**

This matter is before the court on the magistrate judge's report and
recommendation (document 102) and the objections thereto (document 103).  I
have reviewed *de novo* the issues raised by the objections.  As set forth in the
report and recommendation, defendant's motion is both procedurally and
substantively unfounded.

The motion is procedurally unfounded because defendant's claim that there
was no factual basis for his guilty plea was raised and rejected in his first motion
under 28 U.S.C. §2255; he has not received authorization from the Eleventh
Circuit to pursue the instant motion, which is in effect a second §2255 motion; and
defendant's assertion that he can avoid this procedural defect based on the court's

failure to address the claim in response to the first §2255 motion is wrong because the court did address the claim.

The instant motion is substantively unfounded because there was a factual basis for his guilty plea to the charge of possessing a firearm during and in furtherance of a drug trafficking crime.  An officer watched defendant made a sale of crack cocaine from his residence to a confidential informant, and a subsequent search of the residence and defendant's vehicles located on the property yielded additional drugs, more than $20,000 in cash, and ten firearms, including four handguns.  Defendant did not admit there was a connection between the guns and drugs, but this does not matter.  The factual basis that supports a guilty plea need not come from the defendant's own mouth; it can come, instead, from circumstantial evidence—including unrebutted evidence that drugs, drug proceeds, and guns were found in close proximity to one another in a defendant's residence and vehicles.

For these reasons,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the further

opinion of the court.  Defendant's Rule 60(b) motion (document 101) is

DISMISSED.

SO ORDERED this 5th day of June, 2007.

s/Robert L. Hinkle
Chief United States District Judge
